IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR ANDRES LOPEZ, | Case No. C 15-3965 PSG (PR) |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS** |
| v. | |
| UNKNOWN, | **(Re: Docket No. 9)** |
| Defendant. | |

On August 31, 2015, Oscar Andres Lopez, proceeding *pro se*, filed a letter that was construed as an intention to file a civil rights complaint pursuant to 42 U.S.C. § 1983. That same day, the Clerk sent a notice to Lopez directing him to file a complaint within 28 days. Lopez filed a motion requesting a copy of the documents he filed, and an extension of time within which to file a complaint. The court granted the motion. Lopez has now filed a motion requesting that this case be voluntarily dismissed without prejudice, and without assessment of a filing fee because it was not his intention to file a formal complaint.

A plaintiff may voluntarily dismiss his complaint with or without order of this court.[1] Because no opposing party has been served, Lopez's motion is **GRANTED**. Accordingly, this

---

[1] *See* Fed. R. Civ. P. 41(a).

Case No. C 15-3965 PSG (PR)
ORDER GRANTING MOTION TO DISMISS

1  action is DISMISSED without prejudice or assessment of a filing fee.

2  The Clerk shall terminate all pending motions and deadlines, and close the file.

3  IT IS SO ORDERED.

4  DATED: 11/13/2015

   PAUL S. GREWAL
5  United States Magistrate Judge

Case No. C 15-3965 PSG (PR)
ORDER GRANTING MOTION TO DISMISS

2